UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13cr195-MOC

| | |
|---|---|
| **UNITED STATES OF AMERCIA** ) | |
| ) | **AMENDED ORDER** |
| **v.** ) | |
| ) | |
| **AMBROSE JACKSON** ) | |
| _____ ) | |

Upon the Government's Motion to Correct Clerical Error and for the reasons set forth in the Motion, it is hereby ORDERED that the Consent Order and Judgment of Forfeiture is amended to state:

> **One Glock, model 19, 9mm semi-automatic pistol, serial number G53722 and ammunition; and**
>
> **One Ruger, model LCP, .380 caliber semi-automatic pistol, serial number 377-44403 and ammunition**

Signed: January 3, 2014

Max O. Cogburn Jr.
United States District Judge