UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00195-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **AMBROSE JACKSON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Defendant's Unopposed Motion to Correct Clerical Error (#37). As Defendant points out, the Judgment in this matter (#35) contains an incorrect offense date as a result of a typographical error. Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Unopposed Motion to Correct Clerical Error (#37) is GRANTED, and the Clerk of Court is instructed to prepare an Amended Judgment providing the correct offense date of March 20, 2013.

Signed: November 3, 2014

Max O. Cogburn Jr.
United States District Judge